Adam M. Shaw
BROWN LAW FIRM, P.C.
269 W. Front Street, Suite A
Missoula, MT 59802
Tel (406) 830-3248
Fax (406) 830-3745
ashaw@brownfirm.com

*Attorneys for Defendant Election Systems & Software, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ZANE GREY, a Citizen of Montana,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTI JACOBSEN, as the MONTANA SECRETARY OF STATE; CHRISTI JACOBSEN, in her personal capacity; NICOLE SCRIBNER, as the SANDERS COUNTY ELECTIONS DIRECTOR; NICOLE SCRIBNER, in her personal capacity; ELECTION SYSTEMS & SOFTWARE, LLC (ES&S),<br><br>Defendants. | Cause No. CV-22-82-M-BMM<br><br>DEFENDANT ELECTION SYSTEMS & SOFTWARE, LLC'S MOTION TO DISMISS |

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Election Systems & Software, LLC ("ES&S") respectfully moves the Court for an Order dismissing Plaintiff's Complaint under *Title 42 USC § 1983, et seq.* and Jury Demand, Apr. 26, 2022 ("Plaintiff's Complaint") (Doc. 1) against

1

ES&S. In support of this Motion, ES&S relies upon its Brief in Support, which is being filed contemporaneously herewith and sets forth the reasons why dismissal of Plaintiff's Complaint is proper.

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), ES&S respectfully requests that the Court enter an Order dismissing Plaintiff Zane Grey's Complaint and Jury Demand, with prejudice, against ES&S for lack of subject-matter jurisdiction and failure to state a claim upon which relief can be granted; and for such other, further and different relief as this Court may deem just and equitable.

Under Local Rule 7.1(c), counsel for Nicole Scribner and Sanders County was contacted and indicated they do not oppose this motion. Counsel for the Secretary of State Christi Jacobsen was contacted and indicated they do not oppose this motion. Plaintiff Zane Grey has been contacted and opposes this motion.

DATED this 17th day of May, 2022.

                BROWN LAW FIRM, P.C.

                By: _____/s/ Adam M. Shaw_____
                      *Attorneys for Defendant*
                      *Election Systems & Software, LLC*

CERTIFICATE OF SERVICE

I hereby certify that on May 17th, 2022, a copy of the foregoing document was served on the following persons by the following means:

_____ Hand Delivery
\_\_1\_\_\_ Mail
_____ Fax
_____ E-Mail
_____ Overnight Delivery Service

1. Zane Grey
   P.O. Box 1550
   Noxon, MT  59853
   *Pro Se Plaintiff*

By: /s/ Adam M. Shaw