In the United States District Court for the District of Montana

| | |
|---|---|
| Zane Grey,<br>  A Citizen of Montana,<br>    Plaintiff.<br>vs.<br>Christi Jacobsen, as the MONTANA<br>  SECRETARY OF STATE;<br>Christi Jacobsen, in her personal capacity;<br>Nicole Scribner, as the SANDERS COUNTY<br>  ELECTIONS DIRECTOR;<br>Nicole Scribner in her personal capacity;<br>Election Systems & Software, LLC (ES&S),<br>    Defendants. | Case No.<br><br>CV 22-82-M-BMM<br><br><br>ORDER |

Plaintiff filed a Motion for Extension of Time to respond to ES&S' Motion to Dismiss, and good cause appearing therefor:

IT IS HEREBY ORDERED that Plaintiff's Motion for an Extension of Time is GRANTED. Plaintiff's response to ES&S' Motion to Dismiss shall be due on June 17, 2022.

SO ORDERED this ___7th___ day of June, 2022.

Brian Morris, Chief District Judge
United States District Court