Adam M. Shaw
BROWN LAW FIRM, P.C.
269 W. Front Street, Suite A
Missoula, MT 59802
Tel (406) 830-3248
Fax (406) 830-3745
ashaw@brownfirm.com

*Attorneys for Defendant Election Systems & Software, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ZANE GREY, a Citizen of Montana,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTI JACOBSEN, as the MONTANA SECRETARY OF STATE; CHRISTI JACOBSEN, in her personal capacity; NICOLE SCRIBNER, as the SANDERS COUNTY ELECTIONS DIRECTOR; NICOLE SCRIBNER, in her personal capacity; ELECTION SYSTEMS & SOFTWARE, LLC (ES&S),<br><br>Defendants. | Cause No. CV-22-82-M-BMM<br><br>**UNOPPOSED MOTION TO VACATE PRELIMINARY PRETRIAL CONFERENCE ORDER** |

Defendant Election Systems & Software, LLC ("ES&S") hereby requests the Court vacate its June 15, 2022, Order (Doc. 22) pending its ruling on Defendant Election Systems & Software, LLC's Motion to Dismiss (Doc. 7) and Defendant Secretary of State's Motion to Dismiss (Doc. 20). The response and

1

reply brief deadlines have not yet occurred. Further, the Court's rulings on the pending motions may affect the parties' responses to pretrial filings as required by L.R. 16.2(b).

As provided by L.R. 7.1(c)(3), a proposed order is contemporaneously filed and e-mailed in the required format to bmm_propord@mtd.uscourts.gov for the Court's consideration.

Counsel for ES&S contacted Plaintiff Zane Grey, counsel for Defendant Christi Jacobsen, and counsel for Defendant Nicole Scribner. This motion is unopposed by all parties.

DATED this 21st day of June, 2022.

                BROWN LAW FIRM, P.C.

                By: ___/s/ Adam M. Shaw___
                *Attorneys for Defendant*
                *Election Systems & Software, LLC*