IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ZANE GREY, a Citizen of Montana,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTI JACOBSEN, as the MONTANA SECRETARY OF STATE; CHRISTI JACOBSEN, in her personal capacity; NICOLE SCRIBNER, as the SANDERS COUNTY ELECTIONS DIRECTOR; NICOLE SCRIBNER, in her personal capacity; ELECTION SYSTEMS & SOFTWARE, LLC (ES&S),<br><br>Defendants. | Cause No. CV-22-82-M-BMM<br><br><br>**ORDER** |

On June 21, 2022, Defendant Election Systems & Software, LLC filed its

Unopposed Motion to Vacate Preliminary Pretrial Conference Order requesting the

Court vacate its June 15, 2022, Order (Doc. 22) pending rulings on Defendant

Election Systems & Software, LLC's Motion to Dismiss (Doc. 7) and Defendant

Secretary of State's Motion to Dismiss (Doc. 20).

**IT IS ORDERED:**

1.      That Defendant Election Systems & Software, LLC's Unopposed

Motion to Vacate Preliminary Pretrial Conference Order is GRANTED. All

deadlines associated with the Preliminary Pretrial Conference are VACATED.

1

2.       That the parties shall file a joint motion for a preliminary pretrial

conference, if necessary.

DATED this 21st day of June, 2022.


_____
Brian Morris, Chief District Judge
United States District Court