Mark F. Higgins
Gregory L. Bonilla
County Litigation Group
2715 Skyway Drive
P.O. Box 6697
Helena, MT 59604-6697
Ph. (406) 441-5471
mhiggins@mtcounties.org
gbonilla@mtcounties.org
*Counsel for Nichol Scribner*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| ZANE GREY, a Citizen of Montana, | ) ) ) | Case No.: CV 22-82 |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | DEFENDANT NICHOL SCRIBNER'S UNOPPOSED MOTION TO DISMISS AND MOTION TO VACATE PPTC |
| CHRISTI JACOBSEN, as the Montana Secretary of State; CHRISTI JACOBSEN, in her personal capacity; NICHOL SCRIBNER, as the Sanders County Elections Director; NICHOL SCRIBNER in her personal capacity; ELECTION SYSTEMS & SOFTWARE, LLC (ES&S), | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Defendant Nichol Scribner (Scribner), in all capacities, through her counsel of record, moves this Court for an order dismissing all claims against her based

upon a lack of subject matter jurisdiction. The lack of jurisdiction was established by this Court's recent Order (Doc. #53).

Counsel for Scribner has contacted Plaintiff regarding this Motion, and Plaintiff's response is attached as Exhibit 1. As the Court can see, Mr. Grey does not agree with the determination of no jurisdiction, but acknowledges that such a determination would apply to claims against Ms. Scribner as well. Under these circumstances, Defendant Scribner further asks that the November 17, 2022 preliminary pretrial conference be vacated. Grey has not returned an email of today, from the undersigned, about this matter.

DATED this 11th day of November 2022.

        County Litigation Group

        */s/ Mark F. Higgins*
        Mark F. Higgins
        */s/ Gregory L. Bonilla*
        Gregory L. Bonilla