UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ZANE GREY, | Case No. CV-22-82 -M-BMM |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| NICOLE SCRIBNER, SANDERS COUNTY ELECTIONS DIRECTOR, NICOLE SCRIBNER (PERSONAL CAPACITY), | |
| Defendant. | |

   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 __X__   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

   IT IS ORDERED AND ADJUDGED this matter is DISMISSED per orders [53] and [62].

   Dated this 22nd day of November, 2022.

                TYLER P. GILMAN, CLERK

                By: /s/ M. Stewart
                M. Stewart, Deputy Clerk